UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVER VICTORY TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>SAS GROUP, INC.,<br><br>    Defendant. | 19-CV-00486 (TMR)<br><br>**<u>ORDER</u>** |

Timothy M. Reif, Judge of the United States Court of International Trade:

Upon consideration of defendant's motion for summary judgment and plaintiff's cross-motion for summary judgment, and upon consideration of other papers and proceedings herein, it is hereby

**ORDERED** that an oral argument in the above-captioned case shall be held on Thursday, February 1, 2024, at 10:00am EST in Courtroom No. 1 of the United States Court of International Trade, 1 Federal Plaza, New York, New York, 10278, with the option to appear via videoconference.

**SO ORDERED.**

Dated: <u>September, 6, 2023</u>
       New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York