# HOFFMANN & BARON, LLP
## ATTORNEYS AT LAW

6900 Jericho Turnpike, Syosset, New York 11791-4407 | phone: 516.822.3550 | fax: 516.822.3582 | www.hbiplaw.com

Daniel A. Scola, Jr.*
James F. Harrington
Salvatore J. Abbruzzese*
Glenn T. Henneberger
Anthony E. Bennett
Steven T. Zuschlag
John T. Gallagher
Michael I. Chakansky
Celeste M. Butera
Wayne L. Ellenbogen
Matthew J. Solow
Joseph W. Ricigliano, Ph.D.*

John S. Sopko†
Susan A. Sipos†
Andrea M. Wilkovich†*
Alexander G. Vodovozov†

Kevin E. McDermott
Lauren T. Emr
Linda D. Chin
Mark E. Baron

*Patent Agent*
Christine E. Dietzel, Ph.D.

*Founding Senior Counsel*
Ronald J. Baron

*Senior Counsel*
Robert Neuner

*Not admitted in New York
†Senior Attorney

October 18, 2023

**VIA ECF**

Hon. Timothy M. Reif
United States Court of International Trade
1 Federal Plaza
New York, New York 10278

Re: *Ever Victory Technology Limited v. SAS Group, Inc.*
19-cv-00486 (TMR)

Dear Judge Reif:

Hoffman & Baron, LLP ("Hoffmann & Baron") represents defendant SAS Group, Inc. ("SAS") in the above-referenced action. To prevent possible waiver of attorney-client privilege, avoid public disclosure of client confidences, and minimize potential prejudice to SAS, Hoffmann & Baron respectfully submits this letter-motion requesting that the Court approve for filing under seal with an *ex parte* viewing level designation, Hoffmann & Baron's memorandum in support of its motion to withdraw as counsel and the Declaration of Daniel A. Scola, Jr. in support of that motion. In connection with its motion to withdraw, Hoffmann & Baron is not asserting a retaining or charging lien.

The reason for Hoffmann & Baron's request is that it is the preferred practice to file the above-identified pleadings in support of a motion to withdraw as counsel under seal. *See, e.g., Brown v. Montefiore Med. Ctr.*, 19 Civ. 11474 (ALC) (JLC), 2022 U.S. Dist. LEXIS 128965, at *1 (S.D.N.Y. July 20, 2022); *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 164-65 (E.D.N.Y. 2006).

SAS has indicated that it will not oppose Hoffmann & Baron's motion to withdraw as counsel.

Counsel for the parties have met and conferred, and plaintiff Ever Victory Technology Limited will not oppose Hoffmann & Baron's request to seal or its motion to withdraw as counsel.

Respectfully,

John T. Gallagher

cc: Counsel of Record (via ECF)

Mr. Scott Sobo: President & CEO, defendant SA~~S Group, Inc.~~ (via

---

GRANTED. The court grants the letter-motion of Hoffmann & Baron, LLP to file under seal with an *ex parte* viewing level designation Hoffmann & Baron, LLP's memorandum in support of its motion to withdraw as counsel and the declaration in support of that motion. The Clerk of the Court is respectfully directed to close the open motion at ECF No. 115.

SO ORDERED    DATE October 24, 2023

*Timothy Reif*
TIMOTHY M. REIF, JUDGE
UNITED STATES COURT OF
INTERNATIONAL TRADE
SITTING BY DESIGNATION
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK