UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVER VICTORY TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>SAS GROUP, INC.,<br><br>    Defendant. | 19-CV-00486 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

    In the order of October 24, 2023, the court granted the motion to withdraw of defendant's counsel in the above captioned action and directed defendant to retain new counsel within 45 days of that order.  *See* Order, October 24, 2023, ECF No. 118. Defendant has failed to retain new counsel by the court's deadline.  In consideration of defendant's failure to comply with the court's order, and taking notice of the well-established rule that a corporate entity may not appear in federal court except through a licensed attorney, *Grace v. Bank Leumi Trust Co. of NY*, 443 F.3d 180 (2d Cir. 2006), and in view of the upcoming period of time, it is hereby

    **ORDERED** that defendant retain new counsel by January 5, 2024.  In the event that defendant's new counsel fails to file a notice of appearance by January 5, 2024, the court will entertain a motion for default by plaintiff in accordance with the court's Individual Rules & Practices in Civil Cases.

    **SO ORDERED.**

|  |  |
|---|---|
| Dated: <u>December 13, 2023</u><br>New York, New York | <u>/s/ Timothy M. Reif</u><br>Timothy M. Reif, Judge<br>United States Court of International Trade<br>*Sitting by Designation*<br>United States District Court for the<br>Southern District of New York |