UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVER VICTORY TECHNOLOGY LIMITED,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAS GROUP, INC.,<br><br>　　　Defendant. | 19-CV-00486 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of defendant's Notice of Bankruptcy Filing, ECF No. 123, and in view of the automatic stay of the instant action under 11 U.S.C. § 362(a), it is hereby

**ORDERED** that the oral argument currently scheduled for Thursday, February 1, 2024, is **ADJOURNED**.

**SO ORDERED.**

Dated: January 29, 2024
　　　New York, New York

/s/ Timothy M. Reif
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York